JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 7 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA INC. d/b/a PACIFIC COAST NEWS,<br><br>Plaintiff,<br><br>v.<br><br>THE SAN DIEGO UNION-TRIBUNE, LLC and DISCOVERSD, LLC.<br><br>Defendants. | Case No. 2:14-cv-05774-PA-VBK<br><br>Honorable Percy Anderson<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: 5/27/15

BY THE COURT

_____
Honorable Percy Anderson
United States District Judge